## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:18-cv-80674-ROSENBERG/REINHART

Google LLC, a limited liability company

      Plaintiff,

v

Supreme Marketing Group, Inc., a corporation,
d/b/a Small Business Solutions and d/b/a/ Claim
My Biz,

And John and/or Jane Does 1-20,

      Defendants.

_____/

### AMENDED JOINT MOTION FOR ENTRY OF
### STIPULATED JUDGMENT AND PERMANENT INJUNCTION

Pursuant to this Court's January 23, 2019 Order (Dkt. No. 40), Plaintiff Google LLC and

Defendant Supreme Marketing Group, Inc. hereby submit this Amended Joint Motion for Entry

of Stipulated Judgment and Permanent Injunction, with its attached declarations.  The [Proposed]

Stipulated Judgment and Permanent Injunction filed herewith differs from that filed by the

parties on January 22, 2019 (Dkt. No. 39-1), in that the first sentence of Paragraph 9 has been

modified to remove the unnamed parties referenced in the Court's recent Order (Dkt. No. 40).

The parties hereby stipulate and agree as follows:

1.  That the Stipulated Judgment and Permanent Injunction be entered in the form

and content concurrently filed herewith;

2.  That Google's claims shall be dismissed following the entry of the Stipulated

Judgment and Permanent Injunction;

3.      That the parties consent to and request that this Court retain jurisdiction over the parties and over this case following the dismissal of Google's claims in order to enforce the terms of the Stipulated Judgment and Permanent Injunction and the settlement agreement between the parties; and

4.      That the parties waive all rights to an appeal from the Stipulated Judgment and Permanent Injunction; however, the parties preserve their respective rights to appeal any further action arising out of the Stipulated Judgment and Permanent Injunction.

(*Signatures on Next Page*)

Date:   January 28, 2019

Respectfully submitted,

s/ Ury Fischer

**LOTT & FISCHER, PL**
Leslie J. Lott
Florida Bar No. 182196
Email: ljlott@lottfischer.com
Ury Fischer
Florida Bar No. 048534
Email: ufischer@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

**COOLEY LLP**
Brendan J. Hughes*
Email:  bhughes@cooley.com
Rebecca Givner-Forbes*
Email:  rgf@cooley.com
Shane M. Rumbaugh*
Email: srumbaugh@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004
Phone: (202) 842-7826
Facsimile:  (202) 842-7899

Whitty Somvichian*
Email:  wsomvichian@cooley.com
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone:  (415) 693-2061
Facsimile:  (415) 693-2222

*Admitted Pro Hac Vice*

**Attorneys for Plaintiff**

s/ Eli DuBosar

**THE DUBOSAR LAW GROUP, P.A.**
Howard D. DuBosar
Florida Bar No. 729108
Email:  HDuBosar@dubolaw.com
Eli DuBosar
Florida Bar No. 106338
Email:  EDuBosar@dubolaw.com
3010 North Military Trail, Suite 210
Boca Raton, FL  33431
Telephone:  (561) 544-8980
Facsimile:  (561) 544-8988

**Attorneys for Defendant**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

s/ Ury Fischer
Ury Fischer

### SERVICE LIST

*Google LLC v. Supreme Marketing Group, Inc.*
United States District Court, Southern District of Florida
**CASE NO. 9:18-CV-80674-ROSENBERG/REINHART**

Service via CM/ECF generated Notices of Electronic Filing:

**The DuBosar Law Group, P.A.**
Howard D. DuBosar
E-mail:  HDuBosar@dubolaw.com
Eli DuBosar
E-mail:  EDuBosar@dubolaw.com
3010 North Military Trail, Suite 210
Boca Raton, FL  33431
Telephone:  (561) 544-8980
Facsimile:  (561) 544-8988

*Attorneys for Defendant*